UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                Plaintiff,

-against-

                                              Case No. 7:95-cr-1040

Eugene Jones

                Defendant.

_____x

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: August 26, 2022
Poughkeepsie, New York

SO ORDERED.

_____
Hon. Martin R. Goldberg
United States Magistrate Judge